**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Action No. 20-cr-0222-CMA-GPG-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. MARIO NATHANIEL SOLANO,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 28, 2021 RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #67). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count One of the Indictment which charging violations of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(vii), conspiracy to distribute 400 grams or more of fentanyl.  The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regard to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on January 28, 2021, at which time he appropriately advised the Defendant of his rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of his plea, and of the consequences of pleading guilty. Based on that

hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Count One of the Indictment.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.

2. The plea as made in open court on January 28, 2021 is accepted and the Defendant is adjudged guilty of violation of Count One of the Indictment, 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(vii), conspiracy to distribute 400 grams or more of fentanyl.

DATED: February 8, 2021

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge